**LUMENIS LTD. and Lumenis Inc., Plaintiffs–Appellants,**

v.

**SYNERON MEDICAL LTD. and Syneron Inc., Defendants–Cross Appellants.**

**No. 03–1611, 03–1631.**

United States Court of Appeals, Federal Circuit.

March 16, 2004.

Robert F. Scoular, Principal Attorney, Laura A. Wytsma, of Counsel, Sonnenschein Nath, Los Angeles, CA, for Plaintiffs–Appellants.

Charles S. Barquist, Principal Attorney, Morrison & Foerster, Los Angeles, CA, for Defendants–Cross Appellants.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).